# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

MORGAN R. BLAKE        CIV. ACTION NO. 3:21-02046

VERSUS        JUDGE TERRY A. DOUGHTY

JACOB BROWN, ET AL.        MAG. JUDGE KAYLA D. MCCLUSKY

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the motions to dismiss for failure to state a claim upon which relief can be granted filed by Defendants William C. Martin [Doc. No. 5], Jacob Brown [Doc. No. 7], Randall Dickerson [Doc. No. 11], and Justin Morris [Doc. No. 18] are **GRANTED IN PART**. Plaintiff's federal law claims under 42 U.S.C. § 1983 against all Defendants are hereby **DISMISSED with prejudice** in accordance with FED. R. CIV. P. 12(b)(6).

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the motions to dismiss [Doc. Nos. 5, 7, 11 & 18] including the motion for more definite statement [Do. No. 18], are otherwise **DENIED without prejudice**. Plaintiff's remaining state law claims against all Defendants are hereby **DISMISSED without prejudice**. The case is closed.

MONROE, LOUISIANA, this 16th day of December 2021.

_____

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE